UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GLORIA SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-286 |
| | ) | |
| THE UNITED STATES OF AMERICA and DR. KENNEDY OKERE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Government's motion to dismiss. Doc. 9. Plaintiff has filed an amended complaint including an expert affidavit, as required by O.C.G.A. § 9-11-9.1. Doc. 14. The Government has conceded that this filing moots a portion of its motion to dismiss. Doc. 19. It has also filed a motion to substitute the United States for defendant Dr. Okere. Doc. 17. During the February 22, 2021, telephonic conference with the Court, all parties agreed that the motion to substitute party supersedes

and makes moot the remainder of plaintiff's motion to dismiss. As such, the motion to dismiss is **TERMINATED as moot**.

**SO ORDERED**, this 22nd day of February, 2021.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA