IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GLORIA SMITH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-286
)
THE UNITED STATES OF AMERICA )
and DR. KENNEDY OKERE, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's June 22, 2021, Report and Recommendation (Doc. 29), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. The United States of America's motion to substitute party defendant is **GRANTED**. (Doc. 17.) As a result, Dr. Kennedy Okere is **DISMISSED** from this case and the United States is **SUBSTITUTED** as the sole defendant in this case. The Clerk of Court is **DIRECTED** update the docket in accordance with this Order.

SO ORDERED this 8th day of July 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA